UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61521-CIV-DIMITROULEAS/SNOW

STONEGATE BANK,
a Florida banking corporation,

      Plaintiff,

vs.

TD BANK, N.A.,

      Defendant.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

      THIS CAUSE is before the Court upon the Omnibus Order Denying Plaintiff's Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment and Granting Defendant's Motion for Summary Judgment, entered separately today.   Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

      Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant TD Bank, N.A. and against Plaintiff Stonegate Bank;

2. Plaintiff Stonegate Bank shall take nothing from Defendant TD Bank, N.A. from this action; and

3. The Clerk is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of August, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record